PROB 12C
(7.93)

Report Date: February 25, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 25 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jerry Alan Reis                    Case Number: 2:05CR06008-001

Address of Offender

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 10/25/2005

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Controlled Substances, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 27 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Robert A. Ellis | Date Supervision Commenced: | 2/9/2010 |
| Defense Attorney: | Etoy Alford, Jr. | Date Supervision Expires: | 2/8/2012 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On February 25, 2010, Jerry Alan Reis was stopped by members of the U.S. Marshals task force while driving a Chevrolet Tahoe and charged with driving with a suspended license. Case filing is pending. |
| 2 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: On February 25, 2010, Jerry Alan Reis was stopped by members of the U.S. Marshals task force in a Chevrolet Tahoe and was found to be with Danielle Price, a convicted felon who is current under the supervision of the U.S. Probation Office. |
| 3 | **Special Condition # 4**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (including urinalysis and patch), as directed by the supervising probation officer, in order to confirm your continued abstinence from these substances. |

Prob12C
Re: Reis, Jerry Alan
February 25, 2010
Page 2

**Supporting Evidence**: Jerry Alan Reis failed to submit to urine drug testing on February 15, 2010, and February 23, 2010. On February 25, 2010, Mr. Reis failed to provide a urine sample when instructed by a U.S. Probation Officer.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 25, 2010

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/25/10
Date